IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:20cr108-MHT** |
| | ) | **(WO)** |
| **CHARLES EDWARD McMEANS** | ) | |

**ORDER**

Based on the representations made on the record during the status conference on April 27, 2021, it is ORDERED that the Honorable Jeffery C. Duffey's motion to withdraw (Doc. 61) is granted, and he is terminated as counsel for defendant Charles Edward McMeans.

DONE, this the 28th day of April, 2021.

                                           /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**