IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:20cr108-MHT** |
| | ) | **(WO)** |
| **CHARLES EDWARD MCMEANS** | ) | |

**ORDER**

Before the court is the magistrate judge's oral recommendation made on August 2, 2021, concerning defendant Charles Edward McMeans's consent to conduct the change-of-plea hearing by videoconference. There being no objection to the recommendation, it is ORDERED that, for the specific reasons stated on the record at the change-of-plea hearing, the recommendation made on August 2, 2021, is approved and adopted.

DONE, this the 23rd day of November, 2021.

                                           /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**