IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:20cr108-MHT
                            )           (WO)
CHARLES EDWARD McMEANS      )
```

                         ORDER

Based on the representations made on the record during an post-release in-chambers conference on February 14, 2024, it is ORDERED that:

(1) On or before March 1, 2024, the supervising probation officer shall file a report on the status of defendant Charles Edward McMeans's pending state charges and what impact, if any, the proceedings in state court could have on his term of supervised release.

(2) On or before March 1, 2024, defense counsel shall file a report updating the court on when she can arrange for defendant McMeans to undergo a comprehensive mental-health evaluation.  The evaluation

shall identify whether the defendant suffers from any mental-health disorders, shall address whether he suffered any adverse childhood experiences, shall identify the root causes of his extensive and concerning criminal record and his repeated violent behavior, and shall include specific recommendations for treatment to address these issues and assist in preventing future offending. In addition, the evaluation should address, and recommend treatment for, his pattern of domestic violence, as illustrated by the following:

(a) In 2005, defendant McMeans verbally accosted a woman and "threatened that he did not need a gun, he was going to just beat her to death." Presentence Investigation Report (Doc. 106) ¶ 22.

(b) In 2007, he punched a woman "and hit her with a shoe in the face when he was told 'no' to taking food from the refrigerator." *Id.* ¶ 26.

  (c) In 2013, during an argument, he "pushed the victim onto the couch and hit her," "threatened her," and "followed her into a bedroom and pushed her onto the bed while pulling her hair." *Id.* ¶ 30.

  (d) He is facing a third-degree domestic violence charge for an incident in 2019, during which he allegedly "hit [the victim, who said she was pregnant with his baby,] in the face and stomach with his fist." *Id.* ¶ 35.

  (3) A status conference, via videoconference, is set for March 11, 2024, at 8:30 a.m., to discuss how to proceed. Only defense counsel, government counsel, and the supervising probation officer need to be present. The courtroom deputy shall arrange for the videoconference.

  DONE, this the 14th day of February, 2024.

         /s/ Myron H. Thompson
         **UNITED STATES DISTRICT JUDGE**